JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONAL SERVICE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; VENTURA COUNTY TAX COLLECTOR; THE STATE OF CALIFORNIA — STATE BOARD OF EQUALIZATION; THE STATE OF CALIFORNIA — CALIFORNIA FRANCHISE TAX BOARD; UNITED STATES OF AMERICA — INTERNAL REVENUE SERVICE; MICHELLE DE LA TORRE,<br><br>　　　　　Defendants. | No.　CV 09–1066 PA (VBKx)<br><br>JUDGMENT |

　　In accordance with the Court's May 21, 2009 Order granting the stipulation between defendants United States of American — Internal Revenue Service ("IRS"), State of California — State Board of Equalization ("BOE"), and State of California — California Franchise Tax Board ("FTB"), the Court's June 8, 2009 Order provisionally granting plaintiff Regional Service Corporation's ("Plaintiff") motion for default judgment against

defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint"), the Court's August 3, 2009 Order granting the IRS' motion for summary judgment, and the disclaimer of interest filed by defendant Ventura County Tax Collector ("Ventura") in this case before it was removed to this Court,

It is ORDERED, ADJUDGED, and DECREED that judgment is entered as follows:

1.  Defendant Greenpoint shall have no right, claim or interest in the interpleaded funds currently on deposit with the Clerk for the Superior Court of the State of California for the County of Ventura under Case Number 56-2008-00333420-CU-OR-VTA, entitled <u>Regional Service Corporation v. Greenpoint Mortgage Funding, et al.</u> ("Fund");

2.  Defendant Ventura shall have no right, claim or interest in the interpleaded Fund;

3.  Defendant IRS shall have judgment in its favor with respect to the Fund;

4.  The Clerk of the Superior Court of the State of California for the County of Ventura is hereby ordered to pay over the entire interpleaded Fund, including accrued interest, if any, to the following Defendant/Claimants as provided below:

| TAX TYPE | TAX PERIOD | AMOUNT |
| --- | --- | --- |
| BOE |  | $2,629.56 |
| FTB | 2002, 2003, 2004 | $31,414.67 |
| IRS | 1998, 1999 (partial), 2004, 2005 | $199,520.00 plus any remaining interest that has accrued |

5.  The Clerk of the Superior Court of the State of California for the County of Ventura is hereby ordered to remit payment to Defendant IRS to:

> United States of America
> c/o AUSA Valerie Makarewicz
> 300 N. Los Angeles Street, Room 7211
> Los Angeles, CA 90012

      6.     Plaintiff shall not recover any attorneys' fees or costs that would diminish the interpleaded Fund;

      7.     Plaintiff's Complaint and this action are dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

DATED: August 3, 2009

                                                   _____
                                                         Percy Anderson
                                             UNITED STATES DISTRICT JUDGE